UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Redeen Capital Group, | ) | Case No. 08 B 10657 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

### Order Converting Case Under Chapter 11
### to Case Under Chapter 7

*The Moving Party shall serve copies of this order on the Debtor, the Designated Person named in paragraph 3 below, and all professionals known to have performed services in connection with the Chapter 11 case and shall file a proof of such service.*

This case is before the court on the Debtor's motion under 11 U.S.C. § 1112(b) to convert this Chapter 11 case to a case under Chapter 7. After notice and a hearing, the Court orders as follows:

1. This case is converted to a case under Chapter 7;

2. The Debtor shall,

    a. On or before **October 9, 2008**, account for and turn over to the Chapter 7 Trustee all records and property of the estate under his custody and control as required by Fed. R. Bankr. P. 1019(4);

    b. On or before **October 17, 2008**, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5); and

    c. On or before **November 3, 2008**, file a final report and account as required by Fed. R. Bankr. P. 1019(5); and

3. Pursuant to Fed. R. Bankr. P. 9001(5), the court designates Alex Moglia [handwritten] to perform the acts the Debtor is required to perform by this order and the Federal Rules of Bankruptcy Procedure.

ENTER:

Dated: October 2, 2008

Jack B. Schmetterer, U.S. Bankruptcy Judge